LELAND C. SCOVILLE et al., BOARD OF TRUSTEES of and in Behalf of the VILLAGE OF CAMDEN, Respondents, v. JOHN E. GROFF et al., Defendants, and THE ATLANTIC REFINING COMPANY, INCORPORATED, Defendant-Appellant.— Memorandum: We are basing our decision solely on the papers as they were presented to the Special Term. All concur. (The order denies defendants' motion for judgment on the pleadings dismissing plaintiffs' complaint in an action to restrain defendants from building or installing equipment for the storage and sale of gasoline, kerosene, etc.) Present — Cunningham, Taylor, Dowling, Harris and McCurn, JJ.

RUSSELL A. LIPSCOMB, Respondent, v. HELENE K. LIPSCOMB, Appellant.— (The order grants plaintiff's motion to strike out certain paragraphs from defendant's amended answer in an action to set aside a separation agreement.) Present — Cunningham, Taylor, Dowling, Harris and McCurn, JJ.

ERNEST LOEB et al., Doing Business under the Name of LOEB AND ZANDER, Appellants, v. EVELYN FIGLEAR, Respondent.— (The order grants defendant's motion to open default.) Present — Cunningham, Taylor, Dowling, Harris and McCurn, JJ.

For additional decisions of January 13, see page 1034.

## (January 27, 1943.)

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ZIGMUND KALISZEWSKI, Appellant.— (The judgment convicts defendant of the crime of criminal negligence.) Present — Crosby, P. J., Cunningham, Dowling, Harris and McCurn, JJ.

LAVANCH NECKERS, Respondent, v. CHESTER LARSON et al., Appellants.—

 (The judgment is for plaintiff in an automobile negligence action. The order denies a motion for a new trial.) Present — Crosby, P. J., Cunningham, Dowling, Harris and McCurn, JJ.